# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  02-cr-00293-REB-20 |
| | USM Number:  31251-013 |
| SHAWN ALLEN DIXON | Richard J. Banta, Appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 though 7 and 11, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law - Driving While Ability Impaired | 01/15/10 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violations 8, 9, and 10 and is discharged as to such violations.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 4, 2012
Date of Imposition of Judgment

s/ Robert E. Blackburn
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

April 6, 2012
Date

DEFENDANT:  SHAWN ALLEN DIXON
CASE NUMBER:  02-cr-00293-REB-20                                              Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 09/22/11 |
| 3 | Possession and Use of a Controlled Substance | 09/22/11 |
| 4 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 09/27/11 |
| 5 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 11/08/11 |
| 6 | Failure to Work Regularly | 03/2010 |
| 7 | Failure to Permit Contact by Probation Officer | 11/15/11 |
| 11 | Violation of the Law - Trespass of a Dwelling | 11/17/11 |

DEFENDANT:  SHAWN ALLEN DIXON
CASE NUMBER:  02-cr-00293-REB-20                                              Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months to be served consecutively to all sentences previously imposed in state or federal court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal